# CITATION FOR RETURN

29.36

JODI BELTEAU

Versus

BANK OF AMERICA HOME LOANS

Case: **115-508**

Division: **C**

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

---

TO: **BANK OF AMERICA HOME LOANS**
THRU ITS AGENT FOR SERVICE OF PROCESS:
C T CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

**FILED**
MAR 1 0 2010
CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 23RD day of FEBRUARY, 2010.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _Lisa L Borden_
Deputy Clerk

LLB/J. BELTEAU
www.stbclerk.com

/S/Lisa L. Borden

---

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard_____ MAR 0 8 2010

I made service on the named party through the Sheriff
Secretary of State

PERSONAL
Received Parish of St. Bernard on the _____ day of Corporation _____ and on the _____ day of _____, _____, I served a copy of the within Corporation Services on _____ by tendering a copy of this document to _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handing and delivering the same to in _____
Returned Parish of St. Bernard _____

A TRUE COPY
Lena R. Torres
CLERK OF COURT

EBR SHERIFF'S
MAR 05 2010
RECEIVED

Sheriff
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

MAR 25 2010
By _Gwen S. Loze_
DEPUTY CLERK
PARISH OF ST BERNARD
STATE OF LOUISIANA
Gwen S. Loze

**EXHIBIT A**

UNITED STATES OF AMERICA

STATE OF LOUISIANA

THIRTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

- - - - - -

I, <u>LENA T. NUNEZ</u>, CHIEF DEPUTY CLERK OF COURT OF THE THIRTY-FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD, DO HEREBY CERTIFY, that the attached record consisting of <u>8PAGES</u> is a true copy of the original record on file in the Court, No. <u>115-508</u>, entitled <u>JODI BELTEAU VS BANK OF AMERICA HOME LOANS</u> filed <u>FEB 23, 2010</u>.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this said court, at the City of Chalmette, on this <u>6TH</u> day of <u>APRIL, 2010</u>.

_Lena T. Nunez_
LENA T. NUNEZ
CHIEF DEPUTY CLERK OF COURT

CPG


EXHIBIT B

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 115 508

JODI BELTEAU

VERSUS

BANK OF AMERICA HOME LOANS

DIVISION " "



FILED: FEB 23 2010

_____
DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Jodi Belteau, through undersigned counsel, respectfully represents the following:

1.

Petitioner, Jodi Belteau, is an individual over the age of majority domiciled and residing in the Parish of Jefferson, State of Louisiana.

2.

Made defendant herein is Bank of America Home Loans ("BOA"), a foreign corporation authorized to do and doing business in this Parish and State.

3.

Petitioner is the owner of a home located at 4229 Florida Avenue, Meraux, Louisiana, 70075, in St. Bernard Parish.

4.

Countrywide Financial was the original mortgage lender of the petitioner's home with the loan secured by a mortgage on the property located at 4229 Florida Avenue.

5.

Defendant, Bank of America, at some point assumed all obligations of the mortgage in question from Countrywide.

6.

The home securing the mortgage was significantly damaged as a result of Hurricane Katrina on August 29, 2005. The damage to the property exceeds fifty percent (50%) of the fair market value of the structure.

7.

Defendant was notified shortly after Hurricane Katrina that the home located at 4229 Florida Avenue was significantly damaged as a result of Hurricane Katrina.

8.

Petitioner spent countless amount of time communicating and attempting to communicate with representatives of defendant. She was initially instructed not to pay the mortgage note that existed on the property because defendant did not know how to handle storm related issues.

9.

However, despite this, in December, 2007, defendant, without notice, posted petitioner's account as 36 months late placing her in default and significantly harming her credit.

10.

Petitioner, to no avail, attempted to obtain a payoff from the defendant, but for inexplicable reasons, it refused to provide this basic information to the petitioner. In the meantime, outstanding interest on the loan and other penalties continued to accrue.

11.

As a result of defendant's complete lack of cooperation, petitioner lost the opportunity to sell the property to an interested purchaser because the amount of the mortgage could not be reconciled.

12.

Moreover, defendant's unreasonable and unnecessary delays then resulted in the Parish of St. Bernard demolishing the structure as a result of its blighted condition. This resulted in causing additional loss to petitioner insofar as the property was less valuable without a salvageable structure on it.

13.

The conduct of defendant, as described above, is in violation of the Louisiana Unfair Trade Practices and Consumer Protection Law, La. R.S. 51:1401, *et seq*. The conduct of defendant offends public policy and is immoral, unethical, oppressive, unscrupulous, and substantially injurious to its customers, including the petitioner herein. The utter lack of response to petitioner's request that defendant issue a demand letter confirming that petitioner's loan was in default, after defendant received no payments from the petitioner for several months, with the full knowledge and understanding that this conduct would cause other injuries and damages to petitioner, constitutes conduct and practices in violation of the Unfair Trade Practices and Consumer Protection Law.

14.

Petitioner enjoys private action against defendant pursuant to La. R.S. 51:1409 and is entitled to recover actual damages sustained as well as reasonable attorney's fees, costs and punitive damages as authorized by law.

**WHEREFORE**, petitioner prays that a copy of this lawsuit be served upon defendant, who be cited to appear and answer same, and that after legal delays and due proceedings are had, there be judgment herein in favor of petitioner, Jodi Belteau, and against defendant, Bank of America Home Loans, for all legally authorized and allowable damages in the premises, including compensation for actual damages sustained, attorney's fees and punitive damages, plus all costs of these proceedings, including legal fees and expert witness fees as provided by law, as well as any and all other damages and/or recovery authorized and allowable by law with legal interest on all amounts from date of judicial demand until paid; petitioner further prays for all general and equitable relief.

Respectfully submitted,

_[signature]_

Edward P. Gothard, Bar No.: 16775
Philip R. Adams, Jr., Bar No.: 25549
**NOWALSKY, BRONSTON & GOTHARD**
A Professional Limited Liability Company
1420 Veterans Memorial Boulevard
Metairie, Louisiana 70005
Telephone: (504) 832-1984
Facsimile: (504) 831-0892
Attorneys for Petitioner, Jodi Belteau

**PLEASE SERVE:**

**BANK OF AMERICA HOME LOANS**
Through its Agent for Service of Process
C T Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

# CITATION FOR RETURN

29.36

**JODI BELTEAU**

Case: **115-508**

Division: **C**

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

Versus

**BANK OF AMERICA HOME LOANS**

---

TO: **BANK OF AMERICA HOME LOANS**
THRU ITS AGENT FOR SERVICE OF PROCESS:
C T CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

**FILED**

MAR 1 0 2010

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 23RD day of FEBRUARY, 2010.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By _Lisa L. Borden_
Deputy Clerk

LLB/J. BELTEAU
www.stbclerk.com

/S/Lisa L. Borden

---

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____

MAR 08 2010

I made service on the named party through the Sheriff
Secretary of State

**PERSONAL**
Received Parish of St. Bernard on the _____ day of Corporation _____, _____ and on the _____ day of _____, _____, I served a copy of the within Corporation Services, by tendering a copy of this document to _____, on _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handing and delivering the same to in _____
Returned Parish of St. Bernard

_signature_

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

EBR SHERIFF'S
MAR 05 2010
RECEIVED

**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

FILED
MAR 17 2010 8:39 am
DEPUTY CLERK
ST. BERNARD PARISH
Gwen S. Loze

March 09, 2010

Edward P. Gothard
Nowalsky, Bronston & Gothard, A Professional Limited Liability Company
1420 Veterans Memorial Boulevard,
Metairie, LA 70005

Re: Jodi Belteau, Petitioner vs. Bank of America Home Loans, Dft.

Case No. 115-508

Dear Sir/Madam:

We are herewith returning the Citation, Petition which we received regarding the above captioned matter.

Bank of America Home Loans is not listed on our records or on the records of the State of LA.

Very truly yours,


Lisa Uttech
Fulfillment Specialist

Log# 516264288

FedEx Tracking# 790206174197

cc: 34th Judicial District Court, Parish of St. Bernard
    Clerk of Court,
    P.O. Box 1746,
    Chalmette, LA 70044

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

## STATE OF LOUISIANA

NO. 115 508                                                                              DIVISION " C "

### JODI BELTEAU

### VERSUS

### BANK OF AMERICA HOME LOANS

FILED: __MAR 2 2 2010__                                    __/S/ Betty Borne__
           8:30 ᴀ.ᴍ.                                                DEPUTY CLERK

### FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes petitioner, Jodi Belteau, who seeks to supplement and amend her original Petition for Damages to reflect the following:

1.

Petitioner previously named Bank of America Home Loans as a defendant in this matter.

2.

Petitioner desires to substitute Bank of America, National Association as the proper party defendant, a foreign corporation authorized to do and doing business in this Parish and State.

3.

Petitioner desires to amend the caption to read as follows:

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

## STATE OF LOUISIANA

NO. 115 508                                                                              DIVISION " C "

### JODI BELTEAU

### VERSUS

### BANK OF AMERICA, NATIONAL ASSOCIATION

4.

Petitioner restates, realleges and reavers all previous allegations, demands, claims, causes of action and prayers for relief contained in the original Petition for Damages as if copied herein *in extenso*, except to the extent specifically modified or changed herein.

**WHEREFORE**, petitioner prays that this First Supplemental and Amending Petition for Damages be served upon defendant, who be cited to appear and answer same, and that after legal

delays and due proceedings are had, there be judgment herein in favor of plaintiff, Jodi Belteau, and against defendant, Bank of America, National Association, as prayed for in the original Petition for Damages, for all legally authorized and allowable damages in the premises, plus all expert witness fees, attorney's fees, costs of court, and legal interest; plaintiff further prays for all general and equitable relief.

Respectfully submitted,

Philip R. Adams, Jr., Bar No.: 25549
Edward P. Gothard, Bar No.: 16775
**NOWALSKY, BRONSTON & GOTHARD**
**A Professional Limited Liability Company**
1420 Veterans Memorial Boulevard
Metairie, Louisiana 70005
Telephone: (504) 832-1984
Facsimile: (504) 831-0892
Attorneys for Petitioner, Jodi Belteau

**PLEASE SERVE:**  (**Original Petition for Damages and First Supplemental and Amending Petition**)

**BANK OF AMERICA, NATIONAL ASSOCIATION**
Through its Agent for Service of Process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO.: 115,508                                                                                    DIVISION "C"

JODI BELTEAU

VERSUS

BANK OF AMERICA HOME LOANS

FILED:_____        _____
                                                                                    DEPUTY CLERK

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   The Honorable Lena N. Torres, Clerk of Court
      34th Judicial District Court
      1101 West Saint Bernard Highway
      Chalmette, LA 70043
      Phone: (504) 271 3434
      Fax: (504) 831 0892

      Edward P. Gothard, Esq.
      Philip R. Adams, Jr., Esq.
      Nowalsky, Bronston, & Gothard
      1420 Veterans Memorial Boulevard
      Metairie, Louisiana 70005
      Phone: (504) 832 1984
      Fax: (504) 831 0892

**NOW INTO COURT**, through undersigned counsel, come Defendants, Bank of America Home Loans Servicing, L.P. (erroneously named by Petitioner as Bank of America Home Loans), and Bank of America, N.A. (incorrectly named as a defendant) (collectively referred to as "BOA"), to notify the Court that they have, on this 7th day of April, 2010, filed a Notice of Removal of this action in the office of the Clerk of the United States District Court for the Eastern District of Louisiana, seeking that this action be removed to, and be heard in, the United States District Court, rather than in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana. A copy of Defendant's Notice of Removal, which was filed in the United States District Court, is attached hereto (without attachments) and made a part hereof.

                                              Respectfully submitted,

                                              **LOCKE LORD BISSELL & LIDDELL, LLP**

                                              _Monique Lafontaine_
                                              Monique M. Lafontaine (24557)
                                              Locke Lord Bissell & Liddell, LLP
                                              601 Poydras Street, Suite 2660
                                              New Orleans, Louisiana 70130
                                              Telephone (504) 558-5100
                                              Facsimile (504) 558-5200


EXHIBIT C

NO 139667                                                    1

Of Counsel:

Robert T. Mowrey (TX Bar No. 14607500)
Thomas G. Yoxall (TX Bar No. 00785304)
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue
Suite 2200
Dallas, Texas 75201-6776
Telephone (214) 740-8000
Facsimile (214) 740-8800

> *Attorneys for Defendants,*
> *Bank of America Home Loans Servicing, L.P. and*
> *Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon counsel of record via facsimile and via Certified Mail, Return Receipt Requested on this 7th day of April, 2010.

*[signature]*
MONIQUE LAFONTAINE

NO 139667

2

416 779

NOTICE OF BUILDING CONTRACT        UNITED STATES OF AMERICA

BETWEEN                            STATE OF LOUISIANA

JODI L. BELTEAU AND
PARVAZI ENTERPRISES, L.L.C.

Notice is hereby provided pursuant to R.S. 9:4811(a) that a residence will be built for JODI L. BELTEAU;

1) PARTIES:
   OWNER:  JODI L. BELTEAU
           117 EHRET PLACE
           MARRERO, LA 70072

2) CONTRACTOR: PARVAZI ENTERPRISES, L.L.C.
               60 CAROLYN COURT
               ARABI, LA 70032

2) PROPERTY:   LEXINGTON PLACE SUBDIVISION, SECTION 3
               LOT 514
               ST. BERNARD PARISH, LA.

Recorded in M.O.B. 1166 Folio 856 Parish of St. Bernard on the 28 day of August 2003
Lena R. Torres
Clerk of Court and Recorder
Filed Same Day

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of ST. BERNARD, State of LOUISIANA, in that part thereof known as LEXINGTON PLACE SUBDIVISION, SECTION 3, and according to subdivision plat of Eugene I. Estopinal & Associates, C.E. & S., dated December 4, 1986, revised January 14, 1987, September 21, 1987, August 22, 1988, April 20, 1989, February 12, 1990, February 20, 1991 and April 10, 1997, copy of which is annexed to Resolution PC-R-3-02 of the Planning Commission of the Parish of St. Bernard dated January 22, 2002, granting final approval of that portion of the subdivision in which the following described lot is situated, filed for record in the conveyance records of St. Bernard Parish as Act No. 393-712 in COB 711, folio 78 said lot is designated and described as follows, to-wit:

LOT 514, situated in the square bounded by Florida Avenue, deBouchel Boulevard, 40 Arpent Canal, and deBouchel Canal Right of Way, and measures 60.00 feet front on Florida Avenue, the same width in the rear, by a depth of 100 feet between equal and parallel lines, and commences at a distance of 377.03 feet from the corner of Florida Avenue and deBouchel Boulevard. All as more fully shown on survey made by Estopinal Surveying and Engineering, Inc., dated June 16, 2003.

3) PRICE:  $121,500.00

4) WORK TO BE PERFORMED: CONSTRUCTION OF A SINGLE FAMILY RESIDENCE;

JODI L. BELTEAU, OWNER

PARVAZI ENTERPRISES, L.L.C.
BY: 
VAHID PARVAZI, MEMBER

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, THIS
26TH DAY OF AUGUST, 2003.

JANE S. BROUSSARD
NOTARY PUBLIC