UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JODI BELTEAU                                    CIVIL ACTION

VERSUS                                          NO. 10-1056

BANK OF AMERICA HOME LOANS, ET AL               SECTION "I" (2)


      This Court has been advised that the above-captioned case has settled.  Counsel are thanked for their assistance.

      New Orleans, Louisiana, this 25th  day of July, 2011.

                                    LANCE M. AFRICK
                                UNITED STATES DISTRICT JUDGE